JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>       Plaintiff,<br><br>v.<br><br>EXTRA SPACE PROPERTIES 105 LLC, a Delaware Corporation; EXTRA SPACE OF SYLMAR LLC, a California Limited Liability Company; EXTRA SPACE MANAGEMENT, INC., a Utah Corporation; and Does 1-10,<br><br>       Defendants. | Case: 2:15-CV-07996-CAS-AGR<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 29, 2016    *Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE